TRIFONO REMEDIOS ROIG y su esposa ADA ESTHER RODRÍGUEZ COLÓN, demandantes-recurrentes, *v.* MARYLAND CASUALTY COMPANY y GOBIERNO DE LA CAPITAL DE PUERTO RICO, demandadas-recurridas.

Número: 12666.   Resuelto: 11 de agosto de 1961.

*F. Prieto Azuar,* abogado de los recurrentes; *F. Fernández Cuyar* (en el alegato) y *Rivera Zayas, Rivera Cestero* y *Rúa,* abogados de las recurridas.

Sala integrada por el Juez Asociado señor Blanco Lugo, como Presidente de Sala, y los Jueces Asociados señores Rigau y Dávila.

PER CURIAM: A la una y media de la madrugada del sábado 19 de enero, 1957, los demandantes, marido y mujer, luego de asistir a una boda y comer en un restaurante se dirigían a su hogar. Tomaron la ruta que los conducía por la avenida Andalucía de Puerto Nuevo. A esa fecha se estaba construyendo el alcantarillado pluvial. Había una excavación en la intersección de la avenida con la calle Argelia. Cuando los trabajadores de la demandada terminaron sus trabajos el viernes por la tarde pusieron unas grillas encendidas sobre unos tablones alrededor de la excavación. Sobre la excavación hay una luz de alumbrado público. El demandante, en una noche lluviosa, conducía su vehículo a una velocidad de 25 a 30 millas por una avenida y sin poner a funcionar los limpiaparabrisas. Como a 30 pies antes del sitio del accidente, vio una sombra o mancha y no fue hasta que estuvo a 15 pies que aplicó los frenos, pero el fango que había sobre el pavimento, hizo que el vehículo patinara. Luego de chocar, le dio marcha atrás al vehículo y llevó a su esposa a donde el médico. Cuando la policía llegó al sitio del accidente, encontró las grillas volcadas en la excavación y apagadas, excepto una que permanecía encendida sobre la avenida.

Con esta prueba el juez de instancia desestimó la demanda y los recurrentes sostienen que erró, (1) al determinar que el lugar de la excavación estaba alumbrado, sin prueba que lo justifique, y (2) al concluir que el recurrente incurrió en negligencia al no frenar prontamente.

314

Examinada la prueba, de ésta surge que está ampliamente sostenida la determinación del tribunal de instancia al efecto de que el sitio donde ocurrió el accidente estaba alumbrado. Asimismo lo está su conclusión de que el demandante fue negligente.

*Se confirmará la sentencia recurrida.*